# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                          Civil No. 06-cv-203-PB

<u>Judith Putzel and</u>
<u>Stephen M. Price</u>

### ORDER OF RECUSAL

I hereby recuse myself from this case.

**SO ORDERED.**

                                          _____
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: August 21, 2007

cc:  Wilbur A. Glahn, III, Esq.
     Wendy J. Kisch, Esq.
     Judith Putzel, pro se