UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                      Civil No. 06-cv-203-PB

<u>Judith Putzel and</u>
<u>Stephen M. Price</u>

**ORDER OF RECUSAL**

Defendant's counsel is on my recusal list, therefore, I am recusing myself from presiding over this case.

**SO ORDERED.**

                                              _____
                                              Steven J. McAuliffe
                                              Chief Judge

August 21, 2007

cc:  Wilbur A. Glahn, III, Esq.
     Wendy J. Kisch, Esq.
     Judith Putzel, pro se