UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                      Civil No. 06-cv-203-PB

**Judith Putzel and
Stephen M. Price**

**O R D E R**

I recuse myself from this case as Wilbur Glahn is on my recusal list.

SO ORDERED.

                                                /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

~~August 21, 2007~~                                  8-28-07

cc:  Wilbur Glahn, Esq.
     Wendy J. Kisch, Esq.
     Judith Putzel, pro se