SCANNED

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

SEP -6 2007

LINDA L. JACOBSON, CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.                                                Civil No. 06-cv-203

<u>Judith Putzel and</u>
<u>Stephen M. Price</u>

### O R D E R

All of the judges in this district were recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine; sitting by designation.

The recusal of all of the judges on this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

**SO ORDERED.**

                                                 Steven J. McAuliffe
                                               Chief Judge

August 29, 2007

cc:  Clerk, USDC, Maine
     Wendy J. Kisch, Esq.
     Judith Putzel, pro se
     Wilbur A. Glahn, III, Esq.

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

SEP - 6 2007

LINDA L. JACOBSON, CLERK
BY _____
DEPUTY CLERK

## Concurring Order

I concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge David M Cohen is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him/her by the district judge to whom this case is assigned.

_____
Chief Judge, Assignee District

Date: 9/6/07

cc: Wendy J. Kisch, Esq.
    Judith Putzel, pro se
    Wilbur A. Glahn, III, Esq.

2