UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**JUDITH PUTZEL** and )<br>**STEPHEN M. PRICE,** )<br>**Defendants** ) | Civil No. 06-cv-203-DBH |

**O R D E R**

After due consideration of the objection/response filed by the defendant Judith Putzel, I **AFFIRM** the Report and Recommendation of Magistrate Judge John H. Rich, III dated June 30, 2008. The government's motion for summary judgment as to the defendant Putzel is **GRANTED**, with the proviso that interest be abated pursuant to 26 U.S.C. § 6404(e)(2) until the date demand for repayment was made; the government's motion for summary judgment as to the defendant Stephen Price is **DENIED**; and the defendant Price's cross-motion for summary judgment is **GRANTED**.

**SO ORDERED.**

Dated this 22nd day of July, 2008

/s/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**
*Sitting by Designation*