# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil No. 06-203-DBH |
| ) | |
| **JUDITH PUTZEL, et al.,** ) | |
| ) | |
| **Defendants** ) | |

## ORDER TO SHOW CAUSE

In view of the adoption by the court of my Recommended Decision addressing, and deciding adversely to defendant Judith Putzel, points apparently identical to those that she has raised in a cross-claim against co-defendant Stephen M. Price, *see* Amended Answer and Cross-Claim (Docket No. 15); Recommended Decision on Cross-Motions for Summary Judgment (Docket No. 26); Order [Affirming Recommended Decision] (Docket No. 29), defendant Putzel is hereby ***ORDERED*** to show good cause, on or before September 2, 2008, why her cross-claim against defendant Price should not be dismissed, failing which said cross-claim shall be dismissed.

*SO ORDERED*.

Dated this 1st day of August, 2008.

/s/  John H. Rich III
John H. Rich III
United States Magistrate Judge